```
1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNIE MOORE ) | 1:09-CV-1582 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted 30 day extension of time, until March 5, 2010, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, September 8, 2009, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: February 3, 2010 | /s/ Sengthiene Bosavanh |
| 2 | | SENGTHIENE BOSAVANH, ESQ.<br>Attorney for Plaintiff. |
| 3 | | |
| 4 | Dated: February 3, 2010 | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Elizabeth Firer<br>(as authorized via facsimile/e-mail)<br>ELIZABETH FIRER |
| 7 | | Assistant Regional Counsel |

**IT IS SO ORDERED**.

IT IS SO ORDERED.

**Dated:   February 5, 2010**          /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE