1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                      UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF CALIFORNIA
10
                              **FRESNO DIVISION**
11

12 MINNIE MOORE,                    )
                                    )   CIVIL NO. 1:09-CV-01582 GSA
13      Plaintiff,                  )
                                    )
14      v.                          )   STIPULATION AND ORDER TO EXTEND
                                    )   TIME
15 MICHAEL J. ASTRUE,               )
   Acting Commissioner of           )
16 Social Security,                 )
                                    )
17      Defendant.                  )
   _____)

18

19     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20 attached Order, that Defendant shall have an extension of time of 7 days to respond to Plaintiff's

21 Confidential Letter Brief up to and including April 19, 2010.  This extension is being sought because the

22 undersigned Counsel for the Commissioner forgot to calendar her response to Plaintiff's Confidential

23 Letter Brief, which had been received via U.S. Mail on March 8, 2010.  On Monday, April 19, 2010,

24 Counsel realized that the response had been due on Monday, April 12 and faxed her response to Plaintiff

25 as soon as was possible.

26

27 ///

28 ///

The parties submit that Plaintiff should have 30 days from April 19, 2010, to file an Opening Brief with the Court.

Respectfully submitted,

Dated: April 20, 2010

*/s/Sengthiene Bosavanh*
_____
SENGTHIENE BOSAVANH
(as authorized via telephone)
Attorney at Law

Attorney for Plaintiff

Dated: April 20, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:     */s/ Elizabeth Firer*
_____
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **April 21, 2010**           **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE