BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8931
Fax: (415) 744-0134

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNIE MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | Case No. 1:09-CV-01582-GSA<br><br>STIPULATION AND PROPOSED ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the respondent Commissioner of Social Security shall have a **FIRST** extension of time of 30 days to respond to Plaintiff's opening brief [Docket No. 16]. The undersigned Assistant Regional Counsel was recently promoted to a supervisory position, delaying his review of the new Assistant Regional Counsel's responsive brief for this case. The current due date was June 18, 2010. The new due date will be July 18, 2010.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

DATE: 6/18/10

/s/ Sengthiene Bosavanh(as authorized by e-mail dated June 18, 2010)
SENGTHIENE BOSAVANH
Attorney at Law

Attorney for Plaintiff

DATE: 6/18/10

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

By: /s/ Leo R. Montenegro
LEO R. MONTENEGRO
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

**Dated: June 18, 2010**

/s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE